# United States Court of Appeals for the Federal Circuit

ERRATA

August 20, 2008

Appeal No. 2007-1524

Precedential Opinion, <u>Prasco LLC v. Medicis Pharmaceutical Corp..</u>

Decided:     August 15, 2008

On page 17, line 5: delete "the"